433 A.2d 139

Commonwealth v. Swope, a/k/a Swoope, Appellant.

540

Submitted November 14, 1980. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

The order of August 1, 1978 denying PCHA relief is affirmed.